UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Tristan Oliver

                                    Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20    -CR- 631 AKH

Defendant ___Tristan Oliver_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

X     Conference Before a Judicial Officer

_____/S/_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Tristan Oliver**
_____
Print Defendant's Name

/s/ Margaret M. Shalley
_____
Defendant's Counsel's Signature

**Margaret M. Shalley**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__2/22/2021__
Date

_____
U.S. District Judge/U.S. Magistrate Judge