UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA          :
                                  :
                                  :     **SCHEDULING ORDER**
         -against-                :
                                  :     20 Cr. 631 (AKH)
                                  :
                                  :
TRISTAN OLIVER,                   :
                                  :
                     Defendant.   :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing currently scheduled for January 5, 2023, is adjourned to January 9, 2023, at 10:00 a.m.

      SO ORDERED.

Dated:    December 14, 2022            /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                                United States District Judge