# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

March 13, 2023

**BY ECF**
The Honorable Judge Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: Sentencing is adjourned May 10, 2023 at 11:00 a.m. /s/ Alvin K. Hellerstein, U.S.D.J. 3/14/2023]*

Re: *U.S. v. Tristan Oliver*
20 Cr. 631 (KPF)

Honorable Judge Hellerstein:

I am the attorney for the defendant, Tristan Oliver, in the above-referenced matter. Sentencing in this case is currently scheduled for March 30, 2023. The purpose of this letter is to respectfully request a six-week adjournment of the defendant's sentencing. Counsel has not yet received letters from Mr. Oliver's family and friends, which are to be included in his sentencing submission. An adjournment of six weeks will provide sufficient time for a counsel to receive letters from Mr. Oliver and review the submission with him prior to filing. This is the second request for an adjournment of the sentencing. The first request was granted. The Government does not object to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing to the week of May 15, 2023, or a date that is convenient to the Court. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc: All Counsel
(*via ECF*)

1